SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>Ra Keang, et al,<br><br>　　　　Defendants | Case No. **2:12-cv-00613-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

　　IT IS SO ORDERED THAT the parties shall file dispositional documents no later than August 15, 2012.

Date:  7/26/2012

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　U. S. District Court Judge

[PROPOSED] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-12-613-JAM-EFB- 1

PDF created with pdfFactory trial version www.pdffactory.com